In the Matter of the Claim of MARY RIVERS, Respondent, against CURTISS-WRIGHT CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted October 3, 1951; decided October 5, 1951.

*Francis P. Cunnion* and *Albert P. Thill* for motion.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.